# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LLOYD J. ROSS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-0498** |
| **MADISON PARISH CORRECTIONAL FACILITY, ET AL.** | **SECTION "B"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Lloyd J. Ross's civil action under 42 U.S.C. § 1983 is **TRANSFERRED** to the United States District Court for the Western District of Louisiana for further proceedings.

New Orleans, Louisiana, this 6th day of March, 2023.

_____
SENIOR UNITED STATES DISTRICT JUDGE