UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LLOYD JAY ROSS** | **CIVIL ACTION NO. 23-0309** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **MADISON PARISH CORRECTIONAL FACILITY, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 19] having been considered, no objection filed thereto, and after a thorough review the record, this Court agrees with the findings of the Magistrate Judge's Report and Recommendation under applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lloyd Jay Ross's claims are hereby **DISMISSED** as untimely, frivolous, and for failing to state claims on which relief may be granted.

**MONROE, LOUISIANA**, this 26th day of September 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**